July 25, 2024

To: US Court of Appeals for the Third Circuit
Office of the Clerk
Ms. Patricia S. Dodszuweit

RECEIVED JUL 29 2024 U.S.C.A. 3rd. CIR

Re: Jason Kronick Appeal
United States v. Kronick
(D.N.J. No. 2:21 - cr - 00660-001)

Case No.: 24-2258

Attn: (Patricia S. Dodszuweit) or Office of the Clerk

Ms. Dodszuweit:
Hello, my name is Jason Kronick and I am the defendant in above mentioned appeal case in the US Court of Appeals for the Third Circuit. I believe my Case No. is 24-2258.

Today, July 25, 2024, I received a letter from you stating that I was waiving or forfeiting my rights to counsel. And there was an attached piece of paper for me to sign and return to you, if I did intend to proceed pro se. That is incorrect.

I did not know who else to contact, so I immediately emailed the Help Desk, explaining the letter I received and who it was from. Because I do not have a legal background, I may have interpreted the letter incorrectly. The Help Desk returned my email promptly and gave me their phone number to discuss my concern. We spoke and I was told to write you this letter and clarify my position when comes to legal representation. 100%, I do not want to represent myself (pro se), and I am in need of an attorney to represent me in this appeal. My apologies for creating any situation whereby I gave the impression otherwise.

I do not know what the standard procedure is from here as this is something I have never experienced. If you can please advise me (if not you, possibly you can tell me who to contact); what step/s I should take from here. Thank you very much.

My Contact Information: (Jason Kronick)

My email is - jkronick12@gmail.com

My mobile # is - 917-225-6840

My current mailing address is -
Jason Kronick
21260 Clubside Drive  Apt A
Boca Raton, FL 33434

Thank you again for your letter and your time. It is greatly appreciated and I hope now I have procedurally done what is required to not continue as a pro se Defendant.

Regards,

*(signature)*

Jason Kronick

American Heart Association Supporter

Mr. Jason Kronick
21260 Clubside Dr
Boca Raton, FL 33434-

19106

U.S. POSTAGE PAID
FCM LETTER
BOCA RATON, FL 33434
JUL 26, 2024
$9.68
S2324A502806-10

7022 2410 0001 2114 6487

United States Court of Appeals for the Third Circuit
Office of the Clerk:
(Patricia S. Dodszuweit)
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
JUL 29 2024
U.S.C.A. 3rd.